NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NESTED BEAN, INC.,**
*Appellant*

**v.**

**BIG BEINGS USA PTY LTD., LB ONLINE & EXPORT PTY LTD., dba Love to Dream Online and Exports,**
*Appellees*

**v.**

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2023-1838

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01234.

-------------------------------------------------

**BIG BEINGS USA PTY LTD., LB ONLINE & EXPORT PTY LTD., dba Love to Dream Online and Exports,**
*Appellants*

2                NESTED BEAN, INC. v. BIG BEINGS USA PTY LTD.

**v.**

**NESTED BEAN, INC.,**
*Appellee*

———————————

2023-1932

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01234.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of cross-appellants' unopposed motion to voluntarily dismiss their cross-appeal, Appeal No. 2023-1932, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2023-1932 is dismissed. The revised official caption for the remaining appeal, Appeal No. 2023-1838, is reflected in this order.

(2) Each side shall bear its own costs as to Appeal No. 2023-1932.

(3) The Director's brief in Appeal No. 2023-1838 is due no later than January 2, 2024. Appellant's reply brief is due no later than 40 days after service of the Director's brief.

(4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2023-1838.

FOR THE COURT

December 8, 2023
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2023-1932 only): December 8, 2023